**B1040 (FORM 1040) (12/15)**

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>PHILLIP C. BERNARD | **DEFENDANTS**<br>U.S. DEPT. OF EDUCATION<br>NELNET |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>NATHANIEL E. SPITLER<br>131 E. COURT ST<br>BOWLING GREEN, OH 43402<br>419-352-2535 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☑ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor ☐ Other<br>☐ Trustee |
| **CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)<br>COMPLAINT TO DETERMINE DISCHARGABILITY OF STUDENT LOANS UNDER U.S.C. SEC. 523(a)(8) ||

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☑ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought ||

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>PHILLIP C. BERNARD | BANKRUPTCY CASE NO.<br>23-30666 | | |
| DISTRICT IN WHICH CASE IS PENDING<br>NORTHERN DISTRICT OF OHIO | DIVISION OFFICE<br>TOLEDO | | NAME OF JUDGE<br>JONH P. GUSTAFSON |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | | |
| DATE | | PRINT NAME OF ATTORNEY (OR PLAINTIFF) | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

| | |
|---|---|
| **In Re:** ) | Bankruptcy Case #: 23-30666 |
| **Phillip C. Bernard** ) | |
| ) | Adv. Proceeding #: |
| Debtor(s) ) | |
| ) | Chapter 7 |
| Phillip C. Bernard ) | |
| ) | Judge: |
| Plaintiffs, ) | |
| vs. ) | **COMPLAINT TO DETERMINE** |
| ) | **DISCHARGEABILITY OF STUDENT** |
| U.S. Dept. of Education ) | **LOANS** |
| ) | |
| ) | |
| NELNET ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

    Now comes Plaintiff/Debtor, Phillip C. Bernard, by and through undersigned counsel, and, for his Complaint, against U.S. Department of Education and NELNET, states, alleges, and avers as follows:

    1.    On April 19, 2023 the Plaintiff/ Debtor commenced a voluntary case under Chapter 7 of the United States Bankruptcy Code, by filing a petition which was assigned No. 23-30666.

    2.    This Court has jurisdiction over this action under 28 U.S.C. Sec 1334. This proceeding is a core proceeding under 28 U.S.C. Sec. 157(b)(2)(K). Venue is proper pursuant to 28 U.S.C. Sec. 1409(a).

    3.    This is an action under U.S.C. Sec. 523 for determination that excepting Defendant's debts from discharge imposes an undue hardship upon the Plaintiff/Debtor.

    4.    Defendants are creditors or assignees of creditors of the Plaintiff/Debtor and are holders of unsecured claims in amounts to be determined.

    5.    Said unsecured debts are claims for student loan obligations that are otherwise excepted from discharge under 11 U.S.C. Sec. 523(a)(8).

6. These debts were incurred to pay tuition expenses for Debtor to attend Adrian College, Bowling Green State University, The University of Toledo, and Tiffin University.

7. The Plaintiff/ Debtor has one child with his wife. This child is permanently disabled, having been diagnosed with severe autism.

8. The Plaintiff/Debtor has prioritized his child's care and has been unable to obtain the income necessary to meet the minimum monthly payment for Federal Student Loans. This is unlikely to change in the future and repayment of his student loans would create a substantial undue hardship.

WHEREFORE, THE Plaintiff/Debtor prays that this Court enter an Order declaring the student loan debts of the Plaintiff/Debtor to be dischargeable in the pending bankruptcy case.

Respectfully submitted,

/s/ Nathaniel E. Spitler
Nathaniel E. Spitler 0081302
Spitler Huffman, LLP
131 E. Court Street
Bowling Green, OH 43402
PH: (419) 352 – 2535
FX: (419) 353 – 8728
E: nspitler@spitlerhuffmanlaw.com

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing instrument was served by first class mail or electronic transmission on July 31st, 2023

United States Department of Education
400 Maryland Avenue SW
LBJ Education Building 7W311
Washington, DC 20202

NELNET
3015 Parker Rd., 400
Aurora, CO 80014

Patti Baumgartner-Novak
pnovak@bex.net